IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ATLANTIC CASUALTY
INSURANCE COMPANY                                                                      PLAINTIFF

v.                                    Case No. 3:25-cv-00210-KGB

JPC FLEET SALES, LLC, *et al.*                                                         DEFENDANT

## ORDER

Before the Court is defendant Anna B. Blevins's, as administrator of the estate of Thomas L. Blevins, unopposed motion for a seven-day extension of time to file a response to Atlantic Casualty Insurance Company's ("Atlantic") motion to dismiss Blevins's counterclaims (Dkt. No. 13). Blevins represents that counsel for the Blevins estate contacted Atlantic's counsel requesting an additional seven days to respond to the motion to dismiss the counterclaim (*Id.*, ¶ 6). Blevins represents that Atlantic agreed to the seven-day extension (*Id.*). For good cause shown, the Court grants the unopposed motion (Dkt. No. 13). The deadline to respond to the motion to dismiss the counterclaims of Anna B. Blevins is extended by seven days to and including January 30, 2026.

It is so ordered this the 23rd day of January, 2026.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge