**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **ATLANTIC CASUALTY** | |
| **INSURANCE COMPANY** | **PLAINTIFF** |
| | |
| **v.**   **Case No. 3:25-cv-00210-KGB** | |
| | |
| **JPC FLEET SALES, LLC,** *et al.* | **DEFENDANT** |

### ORDER

Before the Court is plaintiff Atlantic Casualty Insurance Company's ("Atlantic") motion to substitute party (Dkt. No. 26).  Atlantic requests that the Court substitute Deborah Truby Riordan as ancillary personal representative for the estate of Thomas L. Blevins for defendant Anna B. Blevins as administrator of the estate of Thomas L. Blevins (*Id.*).  Atlantic represents that the Circuit Court of Jackson County, Arkansas, Probate Division, appointed Riordan as ancillary personal representative for the estate of Thomas L. Blevins.  Case No. 34PR-25-163 (*see* Dkt. No. 26-1).  Counsel for Anna B. Blevins, as administrator of the estate of Thomas L. Blevins, communicated to the Court via email that Anna B. Blevins does not object.

Pursuant to Federal Rule of Civil Procedure Rule 25 and for good cause shown, the Court grants Atlantic's motion to substitute party (Dkt. No. 26).  The Court directs the Clerk's Office to substitute Deborah Truby Riordan as ancillary personal representative for the estate of Thomas L. Blevins for defendant Anna B. Blevins as administrator of the estate of Thomas L. Blevins.

It is so ordered this the 1st day of June, 2026.

Kristine G. Baker
United States District Judge